UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE THE COMPLAINT OF DEBORAH
JARBOE and MICHAEL RASK AS
OWNERS OF 28' BAYLINER VESSEL
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY,

Petitioners.

No. C04-638Z

ORDER

On June 3, 2005, the Court ordered the claimants to show cause no later than June 22, 2005, why their claims should not be dismissed for failure to comply with the Federal Rules of Civil Procedure regarding participation in discovery. Docket no. 28. The claimants have failed to respond to this order. The Court DISMISSES claimants Amber McKown, Jessica McKown and David Courtney's claims against Petitioners Deborah Jarboe and Michael Rask as owners of the 28' Bayliner Vessel with prejudice.

The Court STRIKES the trial date, the pretrial conference, and all pretrial deadlines

DATED this 23rd day of June, 2005.

Thomas S. Zilly
United States District Judge

ORDER   1–